■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS S. PLANTY, Appellant. (Appeal No. 2.) [629 NYS2d 688] —Judgment unanimously reversed on the law and superior court information dismissed. Same Memorandum as in *People v Planty* (216 AD2d 895 [decided herewith]). (Appeal from Judgment of Oswego County Court, Brandt, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ In the Matter of RICHARD QUINN, Respondent, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, Appellant. [629 NYS2d 697] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted the petition and annulled the determination finding petitioner guilty of refusing to obey a direct order *(see,* 7 NYCRR 270.2 [B] [7] [i]). At petitioner's Tier III hearing, the Hearing Officer erred in refusing to receive or consider evidence that petitioner acted out of genuine concern for his safety *(see, Matter of De Mauro v LeFevre,* 91 AD2d 1156). It is well established that "evidence of justification or mitigating circumstances is relevant in a prison disciplinary proceeding" *(Matter of De Mauro v LeFevre, supra,* at 1157; *see, Matter of Coleman v Coombe,* 65 NY2d 777, 780; *Matter of Wilson v Coughlin,* 186 AD2d 1090; *Matter of Bole v Coughlin,* 132 AD2d 70, 73).

We reject respondent's contention that petitioner's challenge to the determination is not preserved for our review. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—CPLR art 78.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.